# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIVENTA BIOSCIENCE, INC., MEDLINE INDUSTRIES INC., and MUSCULOSKELETAL TRANSPLANT FOUNDATION, <br><br> Defendants. | CIVIL ACTION FILE NO. 1:14-CV-01178-MHC |

## PLAINTIFF'S NOTICE OF FILING EXHIBIT UNDER SEAL

Plaintiff MiMedx Group, Inc., respectfully gives Notice to the Court and clerk that Defendants have designated as confidential certain documents and deposition transcripts referenced in Plaintiff's Opposition to Defendants' Renewed Motion for Partial Stay. Accordingly, the brief and those documents will be filed under seal pursuant to the Stipulated Protective Order (D.I. 78) filed on October 20, 2014. The following documents will be filed under seal:

1. Plaintiff's Opposition to Defendants' Renewed Motion for Partial Stay;
2. Exhibit A
3. Exhibit B

4. Exhibit C

5. Exhibit D

6. Exhibit E

7. Exhibit F

8. Exhibit G

Dated: September 28, 2015

ALSTON & BIRD LLP

*/s/ Matthew W. Howell*
Wesley C. Achey
Georgia Bar No 141284
Matthew W. Howell
Georgia Bar No. 607080
ALSTON & BIRD LLP
1201 West Peachtree St. NW
Atlanta, GA  30309-3424
Tel:  (404) 881-7000
Fax: (404) 881-7777
Email:  wes.achey@alston.com
Email: matt.howell@alston.com

*Of Counsel:*
Deepro R. Mukerjee
   *(pro hac vice)*
New York Bar No. 4046157
Thomas J. Parker
   *(pro hac vice)*
New York Bar No. 2499846
Natalie C. Clayton
   *(pro hac vice)*
New York Bar No. 4409538

Poopak Banky
   *(pro hac vice)*
New York Bar No. 4683231
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
Email:  deepro.mukerjee@alston.com
Email:  thomas.parker@alston.com
Email:  natalie.clayton@alston.com
Email:  paki.banky@alston.com

*Attorneys for MiMedx Group, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to all registered counsel.

/s/ Matthew W. Howell
Matthew W. Howell
ALSTON & BIRD LLP
1201 West Peachtree St. NW
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
Email: matthew.howell@alston.com

*Attorney for Plaintiff MiMedx Group, Inc.*