# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LIVENTA BIOSCIENCE, INC., MEDLINE INDUSTRIES INC., and MUSCULOSKELETAL TRANSPLANT FOUNDATION, <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 1:14-CV-01178-MHC |

## [PROPOSED] ORDER

Upon consideration of Plaintiff MiMedx Group, Inc.'s ("MiMedx") Motion For Leave to Seal Opposition to Defendants' Renewed Motion for a Partial Stay and Related Materials, IT IS HEREBY ORDERED that MiMedx's Motion is GRANTED.

So ORDERED this __ day of _____, 2015.

_____
Hon. Mark C. Cohen
Judge, United States District Court